**FILED**

**MAR 0 1 2012**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ) | |
| THE RESIDENCE AND ) | |
| OUTBUILDINGS ON THE ) | CASE NUMBER 12-m-7014 |
| PROPERTY LOCATED AT ) | |
| ▓▓▓ BULL HOLLOW ROAD, ) | |
| FIELDON, ILLINOIS, FURTHER ) | **FILED UNDER SEAL** |
| DESCRIBED AS A SINGLE-FAMILY ) | |
| RESIDENCE WITH TAN BLOCKs, ) | |
| WITH THE NUMBER ▓▓▓ ) | |
| CLEARLY MARKED ON THE ) | |
| FRONT OF THE RESIDENCE AND ) | |
| THE DRIVEWAY IS LOCATED ON ) | |
| THE RIGHT SIDE OF THE ) | |
| RESIDENCE ) | |

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

I, Richard Box, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation, and have reason to believe that on the premises known as:

> The residence and outbuildings on the property located at ▓▓▓ Bull Hollow Road, Fieldon, Illinois, further described as a single-family residence with tan blocks, with the number ▓▓▓ clearly marked on the front of the residence and the driveway is located on the right side of the residence

which residence is located within Jersey County, in the Southern District of Illinois, there is now concealed certain property, namely

**See the attached list entitled "Attachment A, Items to be Seized,"**

which constitutes evidence of the commission of a criminal offense or which is contraband, fruits of the crime, or things otherwise criminally possessed, or which is designed or intended for use or which is or has been used as the means of an offense, in violation of Title 18, United States

Code, Sections 922(b)(5) and 922(m) (maintaining records of firearms transactions); Section 922(a)(6) (straw purchase of firearms); Section 922(b)(2) (unlawful sale of a firearm); and Title 26, United States Code, Sections 7201 (attempt to evade or defeat tax); and 7206(1) (fraud and false statements, declaration under penalties of perjury).

The facts to support the issuance of a Search Warrant are as follows:

*SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT RICHARD BOX, ENTITLED "ATTACHMENT B"*

STEVEN WIGGINTON
United States Attorney



STEVEN WEINHOEFT
Assistant United States Attorney

State of Illinois        )
                         ) SS.
County of St. Clair      )

Sworn to before me, and subscribed in my presence on the _1st_ day of ~~February~~ March 2012, at East St. Louis, Illinois.

STEPHEN WILLIAMS
United States Magistrate Judge

2

## ATTACHMENT "A" - Items to be Seized
▓▓▓ Bull Hollow Road, Fieldon, IL; and

1. Evidence of Income and expenditures:

   a. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property;

   b. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

   c. Papers, tickets, notes, schedules, receipts and other items relating to travel;

   d. This search warrant authorizes investigating agents to enter and photograph or video record the entire premises of ▓▓▓ Bull Hollow Road, including any outbuildings, to document the existence of assets, such as: electronics, furniture, fixtures, art, vehicles, equipment, firearms, or other personal items of value.

   e. Any and all documents, records or receipts of purchases, including the acquisition or purchase of firearms.

2. Tax Related Documents: Property which constitutes evidence of the commission of a criminal offense or which is contraband, fruits of the crime, or things otherwise criminally possessed, or which is designed or intended for use or which is or has been used as the means of committing an offense impacting the calendar years 2007 through 2011: all in violation of Title 26, United States Code, Sections 7201 (attempt to evade or defeat tax); 7206(1) (fraud and false statements, declaration under penalties of perjury). The aforementioned property will be limited to personal property pertained to DAVID J. RAY and/or business-related property for the following entities: Hunter Contracting and Development Inc., Hunter, LLC, Hunter Farms Wildlife, LLC, Hunter Leasing, Inc., Hunter Construction Co, Hunter Labor Services, Inc. and Hunter Development, LLC, as follows:

   a. Business and personal accounting records, to include accounting ledgers, payment ledgers, general ledgers, ledgers of cash receipts and disbursements, accounts payable, accounts receivable, financial statements, notes, payroll disbursements, payroll federal tax withheld, payroll Social Security tax withheld, payroll Medicare tax withheld, all tax related information, and all other summaries and compilations of financial information;

   b. Business and personal financial institution records, to include checkbooks, account applications, signature cards, deposit items, cancelled checks, withdrawal items, cash withdrawals, checks to cash, wire transfers, cashier's checks, money orders, traveler's checks, bank checks, official checks, cash advance checks,

1

## ATTACHMENT "A" - Items to be Seized
███ Bull Hollow Road, Fieldon, IL; and

passbooks, records of safety deposit boxes and keys, monthly statements, investment accounts, foreign bank accounts, and the transfer, expenditure, and obtaining of money, credit card and debit card statements, brokerage account records, stocks and bonds, real estate, and commodities;

c. Business and personal loan records, to include loan applications and documents, tax returns, lists of assets, monthly payment slips, receipts, notifications of payments received, mortgage applications and documents, credit checks, and amortization statements;

d. United States Currency;

e. All financial and investment records related to financial transactions, assets, or investments, including the following: credit card statements, debit card statements, financial institution records, mortgage documents, mortgage applications, credit checks, loan documents, loan applications, brokerage records, stocks, bonds, real estate and commodities;

f. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks and other items evidencing the obtaining, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

g. Business and personal payroll records, to include employee names, addresses, phone numbers, Social Security Numbers, applications, contracts, pay grade forms, hourly wage statements, salary statements, financial and healthcare benefits, dates of employment, hours of employment, records of hours worked, sign-in and sign-out forms, punch-card systems, electronic tracking systems, time cards, payroll checks, payroll stubs, Forms W-2, Forms W-3, Forms 941, Forms 940, Extra Help Payroll records, notes, and correspondence;

h. Business and personal IRS forms and related documents, manuals, correspondence, and booklets, to include originals and copies of U.S. Individual Income Tax Returns and/or state tax returns and related documents;

i. Business incorporation and licensing applications or documents;

j. Photographs, in particular photographs of co-conspirators and assets;

k. Telephone records, cellular phone, and other devices that save phone and/or address books, names, addresses, text messages, and phone numbers, emails and electronic data;

l. Papers, tickets, notes, receipts and other items relating to domestic and international travel;

## ATTACHMENT "A" - Items to be Seized
### ▊ Bull Hollow Road, Fieldon, IL; and

    m. All of the foregoing items of evidence described above, in whatever form and by whatever means such items may have been created or stored, including any hand-made form, any photographic form or any electrical, electronic, digital or magnetic form, such as any information on an electronic, digital or magnetic storage device like a floppy diskette, hard disk, backup media, CD-ROM, thumb-drive, optical disc, electronic dialer, electronic notebook, as well as printouts or readouts from any digital or magnetic storage device;

3. Computer Related Evidence

    a. PERSONAL ELECTRONIC MEDIA: Telephones, cellular telephones, smart phones, PDA's, digital pagers, voice pagers, alpha-numeric display pagers and all information stored therein, either written or electronic -- including text messages, emails, address books, calendars and pictures/videos. Agents are authorized to seize personal electronic media from the person of David J. Ray.

    b. COMPUTER HARDWARE: Computer hardware, including data-processing devices (such as central processing units, desktop computers, self contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, floppy disks, external hard disks, floppy disk drives and diskettes, tape drives and optical storage devices, thumb-drives, and other memory storage devices); DVR recording systems; peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices; as well as any devices, mechanisms, or parts, that can be used to restrict access to computer hardware (such as physical lock and keys).

    c. COMPUTER SOFTWARE: Computer software, including programs to run operating systems, applications, utilities, compilers, interpreters, video, web browsers, and communications programs.

    d. COMPUTER DOCUMENTATION: All computer-related documentation including written, recorded, printed, or electronically-stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

    e. PASSWORD AND SECURITY INFORMATION: All computer passwords and data security devices, including encryption devices, chips and circuit boards.

4. Safes, vaults, gun vaults, lock boxes, fire-proof box, or other secure storage containers located on the premises that may contain any of the aforementioned items.

## ATTACHMENT "A" - Items to be Seized
███ Bull Hollow Road, Fieldon, IL; and

5. Firearms: All firearms, firearm ammunition, shell casings, and other dangerous weapons.

6. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, mail, deeds, leases or rental agreements, diaries, keys, identification documents, photographs or videotapes, utility and telephone bills, other account statements and bills, real estate tax statements, construction or improvement bills, materials purchase receipts, insurance documents, safety deposit box keys, and personal documents or photographs.

Attachment C - ▇▇▇ Bull Hollow Road, Fieldon, IL



Aerial view of entire property, including winding driveway, residence, and outbuilding

Attachment C - ▮▮▮▮ Bull Hollow Road, Fieldon, IL



Exterior of Residence

Attachment C - ▮▮▮▮ Bull Hollow Road, Fieldon, IL



Outbuildings

3

Attachment C - ▓▓▓▓ Bull Hollow Road, Fieldon, IL



Entry to Walk-in Gun Safe



Interior Photo #1 of Walk-in Gun Safe

4

Attachment C - ███ Bull Hollow Road, Fieldon, IL



Interior Photo #2 of Walk-in Gun Safe

## Attachment B
## Affidavit Of Richard Box

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF ST. CLAIR | ) |

I, Richard Box, under the penalty of perjury declare that I am over the age of eighteen and the information set forth in this Affidavit is true and correct to the best of my knowledge and belief:

### AFFIANT:

1. Richard Box, being duly sworn, deposes and states: I am a Special Agent with the Federal Bureau of Investigation (FBI) of the United States Department of Justice, and have been so employed for approximately 8 years. I am currently assigned to the Drug Enforcement Administration Task Force (DEATF) conducting narcotics investigations. I have participated in numerous narcotics investigations involving the transportation of controlled substances and/or of the proceeds/payments from controlled substance sales throughout the United States during my tenure with DEATF. I have participated in numerous drug investigations, which have resulted in the seizure of methamphetamine, crystal methamphetamine, ecstasy, cocaine, marijuana, heroin, and other controlled substances. I am familiar with and have utilized normal methods of investigation, including, but not limited to, visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, the utilization of undercover agents and the use of court-authorized wire intercepts.

2. The drug investigations mentioned above have resulted in the seizure of cocaine, cocaine base, commonly known as crack cocaine, methamphetamine, heroin, marijuana, and other controlled substances. I am familiar with and have used all normal methods of